*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr., of counsel), for motion.*

*Lyle Evans Mahon* opposed.

Motion granted and appeal dismissed, with costs, and $10 costs of motion.

STAMPERS ARRIVAL OF BUYERS, INC., Respondent, *v.* CITY OF NEW YORK et al., Appellants.

Submitted October 7, 1946; decided October 17, 1946.

HILL PACKING COMPANY, Respondent, *v.* CITY OF NEW YORK et al., Appellants.

Submitted October 14, 1946; decided October 17, 1946.

" This Court necessarily considered and passed upon a question under the Federal Constitution, as appears more fully from the opinion herein." [See 295 N. Y. 527.]

In the Matter of the Accounting of KATHARINE D. GRUNER, as Administratrix with the Will Annexed of OTTO H. GRUNER, Deceased, Respondent.

NEW YORK TRUST COMPANY, Appellant; UNITED STATES OF AMERICA et al., Respondents.

Submitted October 14, 1946; decided October 17, 1946.